**DISMISS; and Opinion Filed August 3, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00499-CV

**ANTHONY BONNER, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-10015**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

The filing fee in this case is past due. By postcard dated April 17, 2015, we notified appellant the $195 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated April 17, 2015, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. To date, appellant has not paid the filing fee, filed the docketing statement, responded to notifications regarding the reporter's record, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

150499F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ANTHONY BONNER, Appellant

No. 05-15-00499-CV      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 301st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-13-10015.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee THE STATE OF TEXAS recover its costs of this appeal
from appellant ANTHONY BONNER.

Judgment entered this 3rd day of August, 2015.